# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 14, 2023

### NO. 03-23-00115-CV

**Central Texas Medical Specialists, PLLC, Appellant**

**v.**

**Dr. Stephen Brown and Dr. Douglas Rivera, Appellees**

**APPEAL FROM THE 455TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the Order Confirming Arbitration Award and Final Judgment signed by the trial court on February 3, 2023. Central Texas Medical Specialists, PLLC has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.